BARRY J. PORTMAN
Federal Public Defender
LOREN D. STEWART
Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant HEIN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-10-0537 JSW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER SETTING INITIAL DISTRICT COURT APPEARANCE ON FORM 12** |
| vs. | |
| SUSAN HEIN, | Court: Hon. Jeffrey S. White |
| Defendant. | Proposed Date: March 17, 2011 |
| | Proposed Time: 2:00 PM |

On February 10, 2011, the probation officer filed a Form 12 alleging a violation of Ms. Hein's conditions of probation. *See* Docket No. 18. On February 11, 2011, the Court issued a summons for Ms. Hein to appear before the Duty Magistrate on February 24, 2011. *See id.* On February 23, 2011, the parties stipulated to a continuance of Ms. Hein's initial magistrate appearance to March 17, 2011, and the Magistrate Court granted the proposed continuance. *See* Docket Nos. 22-23. For scheduling reasons, Ms. Hein is now scheduled to appear before the Magistrate Court on March 15, 2011.

Undersigned counsel for Ms. Hein contacted Your Honor's Courtroom Deputy, who instructed counsel to submit this filing to set the matter on Your Honor's calendar. The parties and probation jointly request that this matter be added to the Court's calendar on Thursday,

STIP & [PROPOSED] ORDER SETTING
HEARING, CR-10-0537 JSW           1

March 17, 2011, at 2:00 PM for an initial appearance on the alleged probation violation.  All parties and the probation officer are available for the requested date and time.

**IT IS SO STIPULATED.**

| | |
|---|---|
| March 11, 2011<br>DATED | /s/<br>W. DOUGLAS SPRAGUE<br>Assistant United States Attorney |
| March 11, 2011<br>DATED | /s/<br>LOREN STEWART<br>Attorney for Susan Hein |

### [PROPOSED] ORDER

The above-captioned matter shall be added to the Court's calendar for an initial appearance on the alleged violation of probation on March 17, 2011, at 2:00 PM.

**IT IS SO ORDERED.**

| | |
|---|---|
| March 14, 2011<br>DATED | *(signed)* Jeffrey S. White<br>HON. JEFFREY S. WHITE<br>United States District Judge |

STIP & [PROPOSED] ORDER SETTING
HEARING, CR-10-0537 JSW                        2